# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CV366 |
| $12,980.00 IN UNITED STATES CURRENCY, | ) ) ) ) | |
| Defendant, | ) ) | ORDER |
| MO HEAPS and ERIC MARTIN, | ) ) | |
| Claimants. | ) | |

This is matter is before the court on the claimants' motion to continue the pretrial conference (Filing No. 22). The court finds good cause for the continuance. Upon consideration,

**IT IS ORDERED**:

1. The claimants' motion to continue the pretrial conference (Filing No. 22) is granted.

2. The pretrial conference previously scheduled for July 26, 2007, is continued until **October 15, 2007, at 11:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. Trial is continued from August, 2007, and is re-set to commence, at the court's call, during the week of **November 19, 2007**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon.

DATED this 29th day of June, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge