IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>              Plaintiff,                     )<br>                                                         )<br>       vs.                                          )<br>                                                         )<br>$12,980.00 IN UNITED STATES CURRENCY, )<br>                                                         )<br>              Defendant.                  ) | 8:06CV366<br><br>ORDER |

This matter is before the court on the parties' oral motion for a continuance of the pretrial conference and trial.  Upon consideration,

**IT IS ORDERED:**

1. The parties' oral motion for a continuance of the pretrial conference and trial is granted as set forth below.

2. The pretrial conference in this matter is rescheduled to **January 11, 2008, at 11:00 a.m.**

3. Trial of this matter is continued *sine die*.  The date for trial of this matter will be established at the pretrial conference.

4. A copy of the final agreed-on draft of the proposed final pretrial order is due **on January 8, 2008**.  The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at thalken@ned.uscourts.gov, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge.

DATED this 9th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge