**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV366** |
| vs. ) | |
| ) | **ORDER** |
| **$12,980.00 IN UNITED STATES CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the court on the parties' joint oral motion for a continuance of the pretrial conference and trial of this matter. The motion will be granted.

**IT IS ORDERED:**

1. The parties' joint oral motion for a continuance of the pretrial conference and trial of this matter is granted.

2. The pretrial conference in this matter is scheduled for **February 22, 2008, at 1:30 p.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. Trial of this matter is continued *sine die.* The date for trial of this matter will be established at the pretrial conference.

4. A copy of the final agreed-on draft of the proposed final pretrial order is due **on February 20, 2008**. The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at thalken@ned.uscourts.gov, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge.

DATED this 9th day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge